(January 26, 1942.)

DAVID BRANDERBIT, Respondent, v. HAMBURG-AMERICAN LINE, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

H. SPENCER BREGOFF, Respondent, v. SAINT MARY'S HOME FOR WORKING GIRLS, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ISRAEL CHODROFF, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ROSE PASTORE, Respondent, v. JOHN CIASULLI, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Taylor.

ABRAHAM J. EDELSON, Respondent, v. SAMUEL OXENBERG and WILLIAM OXENBERG, Doing Business under the Firm Name and Style of OXENBERG BROTHERS, Appellants.— Motion for leave to appeal to the Court of Appeals or for other relief denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

WILLIAM A. FRAZER, Appellant, v. DORIS BADER, Defendant, and FRANK G. SHATTUCK Co., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. The time of defendant Frank G. Shattuck Co. to answer is extended until ten days from the entry of the order hereon. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

LILLIAN GALLUB and Another, Respondents, v. SAMUEL MARINBACH, as Executor, etc., of BERTHA MARINBACH, Deceased, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

SIDNEY HANKIN, Respondent, v. UNITED DRESSED BEEF Co. and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

LOUIS HOFFERMAN, Respondent, v. MAURICE SIMMONS, Property Clerk of the Police Department of the City of New York, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Probate of the Last Will and Testament of ANNIE BOYLE, Deceased. ANNA LIPPI and Others, Appellants; MARY GENTILE and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.